In re:  
Carol Mandala  
    Debtor

Case No. 21-01867-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Nov 02, 2021      Form ID: ntcnfhrg      Total Noticed: 34

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 04, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Mandala, 5238 Hilltop Circle, East Stroudsburg, PA 18301-9373 |
| 5432219 | | Barclays Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 5441564 | + | Brickhouse OpCo I LLC, 4053 Maple Road- Suite 122, Amherst, NY 14226-1058 |
| 5432220 | | Capital One Bank (Cap One Visa, Walmart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5432225 | + | Diverse Funding Associates/Paypal, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 5432228 | | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5443328 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 5432231 | | Kohls for Capital One, N.A., PO Box 3043, Milwaukee, WI 53201-3043 |
| 5435980 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5432233 | + | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5432235 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |
| 5432237 | + | TD Bank USA, N.A., c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: BKVerification@Ocwen.com | Nov 02 2021 18:51:00 | Deutsche Bank National Trust Company, as trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | + | Email/PDF: rmscedi@recoverycorp.com | Nov 03 2021 10:30:16 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5432221 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 02 2021 18:51:30 | Capital One Bank (USA) N.A., 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5432222 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 02 2021 18:51:36 | Citibank, N.A./Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5432223 | | Email/PDF: creditonebknotifications@resurgent.com | Nov 02 2021 18:51:26 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5432224 | + | Email/Text: BKVerification@Ocwen.com | Nov 02 2021 18:51:00 | Deutsche Bank National Trust Co, etc., c/o PHH Mortgage Corporation, 2001 Bishops Gate Blvd., Mount Laurel, NJ 08054-4604 |
| 5432226 | + | Email/Text: bknotice@ercbpo.com | Nov 02 2021 18:51:00 | Enhanced Recovery Company, LLC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 5432227 | | Email/Text: data_processing@fin-rec.com | Nov 02 2021 18:51:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5432229 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Nov 02 2021 18:51:00 | Genesis FS Card Services, For Celtic Bank (Indigo), PO Box 4477, Beaverton, OR 97076-4401 |
| 5432230 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2021 18:51:00 | Jefferson Capital Systems LLC/Paypal, 16 McLeland Road, Saint Cloud, MN 56303-2198 |
| 5439255 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 02 2021 18:51:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |

| | | | | |
|---|---|---|---|---|
| 5432232 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 18:51:31 | LVNV Funding LLC, Re: Credit One, Fingerhut, Walmart, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5433047 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 02 2021 18:51:31 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5440645 | | Email/Text: BKVerification@Ocwen.com | Nov 02 2021 18:51:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5435981 | + | Email/Text: BKVerification@Ocwen.com | Nov 02 2021 18:51:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 5432234 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 18:51:35 | Portfolio Recovery Associates, Re: JCP, Cap One Visa, Amazon), 120 Corporate Blvd, Norfolk, VA 23502 |
| 5443026 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Nov 02 2021 18:51:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5432587 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 02 2021 18:51:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5443883 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Nov 02 2021 18:51:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5432518 | + | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5432236 | | Email/PDF: gecsedi@recoverycorp.com | Nov 02 2021 18:51:29 | Synchrony Bank/JCP, Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5432238 | + | Email/Text: bnc-bluestem@quantum3group.com | Nov 02 2021 18:51:00 | Webbank-Fingerhut, 6250 Ridgewood Rd, St. Cloud, MN 56303-0820 |

TOTAL: 22

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 04, 2021          Signature:          /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 2, 2021 at the address(es) listed below:

**Name**          **Email Address**

| | |
|---|---|
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Steven R Savoia | on behalf of Debtor 1 Carol Mandala ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Carol Mandala,
 aka Carol A Mandala, aka Carol Ann Mandala,

**Debtor 1**

Chapter 13

Case No. 5:21−bk−01867−MJC

# Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**November 30, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: December 7, 2021  Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing ( *L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence*) shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:**  Max Rosenn U.S. Courthouse  197 South Main Street  Wilkes−Barre, PA 18701  (570) 831−2500 | **For the Court:**  Terrence S. Miller  Clerk of the Bankruptcy Court:  By: ToniaWilson, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: November 2, 2021 |

ntcnfhrg (08/21)