**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**
*Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>CAROL MANDALA | Case No. 5:21-bk-01867-MJC<br>Chapter 13 |
| Deutsche Bank National Trust Company, as trustee<br>for DSLA Mortgage Loan Trust Mortgage Loan<br>Pass-Through Certificates, Series 2006-AR2,<br>      Movant<br><br>vs.<br><br>CAROL MANDALA,<br>      Debtor, | |

**WITHDRAWAL OF OBJECTION TO CONFIRMATION OF PLAN**

Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2 ("Movant"), by and through its legal counsel, hereby withdraws its Objection to Confirmation of Plan filed on September 20, 2021. Filed in error.


This 1st Day of December.

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone: 844-856-6646 x4560
Facsimile: 704-369-0760
E-Mail: pabkr@brockandscott.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
### *Wilkes-Barre Division*

| | |
|---|---|
| IN RE:<br>CAROL MANDALA | Case No. 5:21-bk-01867-MJC<br>Chapter 13 |
| Deutsche Bank National Trust Company, as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Through Certificates, Series 2006-AR2,<br>     Movant | |
| vs. | |
| CAROL MANDALA,<br>     Debtor, | |

### CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Withdrawal Of Objection To Confirmation Of Plan has been electronically served or mailed, postage prepaid on this day to the following:

CAROL MANDALA
5238 HILLTOP CIR
EAST STROUDSBURG, PA 18301-9373

Steven R. Savoia, Debtor's Attorney
621 Ann Street
PO Box 263
Stroudsburg, PA 18360
Email: ssavoia@ptd.net

Jack N Zaharopoulos, Bankruptcy Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036

United States Trustee , US Trustee
228 Walnut Street, Suite 1190
Harrisburg, PA 17101

21-06800 BKOBJ02

December 1, 2021

*/s/ Mario Hanyon*
Mario Hanyon
(Bar No. 203993)
Attorney for Creditor
BROCK & SCOTT, PLLC
302 Fellowship Road, Ste 130
Mount Laurel, NJ 08054
Telephone:  844-856-6646 x4560
Facsimile:  704-369-0760
E-Mail:  pabkr@brockandscott.com

21-06800 BKOBJ02