UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CAROL MANDALA
           AKA: CAROL ANN MANDALA, CAROL A
           MANDALA

                    Debtor(s)
                                                          CHAPTER 13
           JACK N. ZAHAROPOULOS
           CHAPTER 13 TRUSTEE
                    Movant                                CASE NO: 5-21-01867-MJC

vs.

           CAROL MANDALA
           AKA: CAROL ANN MANDALA, CAROL A
           MANDALA

                    Respondent(s)

**TRUSTEE'S MOTION TO DISMISS CASE**

COMES NOW, on December 16, 2021, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Agatha R. McHale, Esquire, moves this Honorable Court for dismissal of the above-captioned Chapter 13 bankruptcy case in accordance with 11 U.S.C. Section 1307(c), due to material default by the debtor(s) with respect to the terms of the plan.

Notice of hearing and other instructions are included with this Motion.

WHEREFORE, your Trustee prays that this Honorable Court enter an Order dismissing the above-captioned case in accordance with 11 U.S.C. Section 1307(c).

Dated:   December 16, 2021                    Respectfully submitted,

                                              /s/   Agatha R. McHale, Esquire
                                              ID:  47613
                                              Attorney for Movant
                                              Jack N. Zaharopoulos
                                              Standing Chapter 13 Trustee
                                              8125 Adams Drive, Suite A
                                              Hummelstown, PA 17036
                                              Phone:  (717) 566-6097
                                              Fax:  (717) 566-8313
                                              eMail:  amchale@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     CAROL MANDALA
AKA: CAROL ANN MANDALA, CAROL A MANDALA

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-21-01867-MJC

Movant

## NOTICE

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

U.S. Bankruptcy Court
Max Rosenn U.S. Courthouse
197 S. Main Street
Wilkes Barre, PA

Date: January 25, 2022
Time: 09:30 AM

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1. You have paid the following and have confirmed payment with Trustee Zaharopoulos's office.

    **AMOUNT DELINQUENT AS OF LAST MONTH: $ 1750.00**
    **AMOUNT DUE FOR THIS MONTH: $875.00**
    **TOTAL AMOUNT DUE <u>BEFORE</u> HEARING DATE: $2625.00**

**NOTE:**
    **ALL payments must be made by CERTIFIED CHECK, MONEY ORDER or through TFSBILLPAY.COM. NO PERSONAL CHECKS OR CASH WILL BE ACCEPTED!**

    **DO NOT** send your payments REGISTERED, CERTIFIED, FEDERAL EXPRESS, UPS, or by any other special delivery service. Doing so will delay processing of your payment and **may result in dismissal of your case.**

    If **submitting payment by U.S. First Class Mail** mail to**:**
        CHAPTER 13 TRUSTEE, PO BOX 6008, MEMPHIS, TN 38101-6008

    If **submitting payment using TFSBILLPAY.COM** please **allow 5 business days** for payment to be applied.

2. You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the Court, or

3.   You have filed a voluntary conversion or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE.  THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Jack N. Zaharopoulos, Trustee
8125 Adams Drive, Suite A
Hummelstown, PA  17036
Phone:  (717) 566-6097

Dated:  December 16, 2021

eMail:  info@pamd13trustee.com

IN RE:  CAROL MANDALA
AKA: CAROL ANN MANDALA,
CAROL A MANDALA

CHAPTER 13

Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE

CASE NO: 5-21-01867-MJC

Movant

## CERTIFICATE OF SERVICE

I certify that I am more than 18 years of age and that on December 16, 2021, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

| | |
|---|---|
| STEVEN R SAVOIA, ESQUIRE<br>621 ANN STREET<br>P.O. BOX 263<br>STROUDSBURG, PA  18360- | Served electronically |
| United States Trustee<br>228 Walnut Street<br>Suite 1190<br>Harrisburg, PA  17101 | Served electronically |
| CAROL MANDALA<br>5238 HILLTOP CIRCLE<br>EAST STROUDSBURG, PA  18301 | Served by 1st Class Mail |

I certify under penalty of perjury that the foregoing is true and correct.

Date:  December 16, 2021

Liz Joyce
for Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA  17036
Phone:  (717) 566-6097
eMail: info@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: CAROL MANDALA
AKA: CAROL ANN MANDALA,
CAROL A MANDALA

CHAPTER 13

    Debtor(s)

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
    Movant

CASE NO: 5-21-01867-MJC

vs.

CAROL MANDALA
AKA: CAROL ANN MANDALA,
CAROL A MANDALA

MOTION TO DISMISS

## ORDER DISMSSING CASE

Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.