United States Bankruptcy Court

Middle District of Pennsylvania

In re:  
Carol Mandala  
    Debtor

Case No. 21-01867-MJC  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3  
Date Rcvd: Jan 26, 2022      Form ID: ordsmiss      Total Noticed: 35

The following symbols are used throughout this certificate:  
**Symbol**    **Definition**  
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 28, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Carol Mandala, 5238 Hilltop Circle, East Stroudsburg, PA 18301-9373 |
| 5441564 | + | Brickhouse OpCo I LLC, 4053 Maple Road- Suite 122, Amherst, NY 14226-1058 |
| 5432220 | | Capital One Bank (Cap One Visa, Walmart), PO Box 30285, Salt Lake City, UT 84130-0285 |
| 5432225 | + | Diverse Funding Associates/Paypal, 2351 North Forest Road, Suite 110, Getzville, NY 14068-9902 |
| 5443328 | + | Intercoastal Financial, LLC, 7954 Transit Rd. #144, Williamsville, NY 14221-4117 |
| 5432231 | | Kohls for Capital One, N.A., PO Box 3043, Milwaukee, WI 53201-3043 |
| 5435980 | + | Mario Hanyon, Brock and Scott, PLLC, Attorneys at Law, 302 Fellowship Road, Ste 130, Mount Laurel, NJ 08054-1218 |
| 5432233 | + | NCB Management Services Inc., PO Box 1099, Langhorne, PA 19047-6099 |
| 5432235 | + | Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square, Warrington, PA 18976-3403 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: LCIPHHMRGT | Jan 26 2022 23:48:00 | Deutsche Bank National Trust Company, as trustee f, One Mortgage Way, Mount Laurel, NJ 08054-4637 |
| cr | + | EDI: RECOVERYCORP.COM | Jan 26 2022 23:48:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5432219 | | EDI: TSYS2 | Jan 26 2022 23:48:00 | Barclays Bank, PO Box 8833, Wilmington, DE 19899-8833 |
| 5432221 | + | EDI: CAPITALONE.COM | Jan 26 2022 23:48:00 | Capital One Bank (USA) N.A., 1680 Capital One Drive, McLean, VA 22102-3407 |
| 5432222 | + | EDI: CITICORP.COM | Jan 26 2022 23:48:00 | Citibank, N.A./Sears Credit Cards, PO Box 6282, Sioux Falls, SD 57117-6282 |
| 5432223 | | Email/PDF: creditonebknotifications@resurgent.com | Jan 26 2022 18:50:33 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 5432224 | + | EDI: LCIPHHMRGT | Jan 26 2022 23:48:00 | Deutsche Bank National Trust Co, etc., c/o PHH Mortgage Corporation, 2001 Bishops Gate Blvd., Mount Laurel, NJ 08054-4604 |
| 5432226 | + | Email/Text: bknotice@ercbpo.com | Jan 26 2022 18:45:00 | Enhanced Recovery Company, LLC, PO Box 57610, Jacksonville, FL 32241-7610 |
| 5432227 | | Email/Text: data_processing@fin-rec.com | Jan 26 2022 18:45:00 | Financial Recovery Services, Inc., PO Box 385908, Minneapolis, MN 55438-5908 |
| 5432228 | | EDI: AMINFOFP.COM | Jan 26 2022 23:48:00 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 5432229 | + | EDI: PHINGENESIS | Jan 26 2022 23:48:00 | Genesis FS Card Services, For Celtic Bank (Indigo), PO Box 4477, Beaverton, OR 97076-4401 |
| 5432230 | + | EDI: JEFFERSONCAP.COM | Jan 26 2022 23:48:00 | Jefferson Capital Systems LLC/Paypal, 16 McLeland Road, Saint Cloud, MN 56303-2198 |

| Recip ID | | Notice Method | Date/Time | Recipient |
| --- | --- | --- | --- | --- |
| 5439255 | + | Email/Text: PBNCNotifications@peritusservices.com | Jan 26 2022 18:45:00 | Kohl's, Peritus Portfolio Services II, LLC, PO BOX 141509, IRVING, TX 75014-1509 |
| 5432232 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 18:50:33 | LVNV Funding LLC, Re: Credit One, Fingerhut, Walmart, c/o Resurgent Capital Services, PO Box 10497, Greenville, SC 29603-0497 |
| 5433047 | | Email/PDF: resurgentbknotifications@resurgent.com | Jan 26 2022 18:50:33 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5440645 | | EDI: LCIPHHMRGT | Jan 26 2022 23:48:00 | PHH Mortgage, Attn: Bankruptcy Department, P.O. Box 24605, West Palm Beach, FL 33416-4605 |
| 5435981 | + | EDI: LCIPHHMRGT | Jan 26 2022 23:48:00 | PHH Mortgage Corporation, One Mortgage Way, Mount Laurel, New Jersey 08054-4624 |
| 5444093 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 26 2022 18:45:00 | PNC BANK, NATIONAL ASSOCIATION, P.O. Box 94982, Cleveland, OH 44101 |
| 5432234 | | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, Re: JCP, Cap One Visa, Amazon), 120 Corporate Blvd, Norfolk, VA 23502 |
| 5443026 | | EDI: PRA.COM | Jan 26 2022 23:48:00 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5432587 | | EDI: PENNDEPTREV | Jan 26 2022 23:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5432587 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 26 2022 18:45:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 5443883 | + | EDI: JEFFERSONCAP.COM | Jan 26 2022 23:48:00 | Premier Bankcard, LLC, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud MN 56302-7999 |
| 5432518 | + | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 5432236 | | EDI: RMSC.COM | Jan 26 2022 23:48:00 | Synchrony Bank/JCP, Amazon, Attn: Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 5432237 | + | EDI: WTRRNBANK.COM | Jan 26 2022 23:48:00 | TD Bank USA, N.A., c/o Target Card Services, PO Box 9500, Minneapolis, MN 55440-9500 |
| 5432238 | + | EDI: BLUESTEM | Jan 26 2022 23:48:00 | Webbank-Fingerhut, 6250 Ridgewood Rd, St. Cloud, MN 56303-0820 |

TOTAL: 27

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

| District/off: 0314-5 | User: AutoDocke | Page 3 of 3 |
| --- | --- | --- |
| Date Rcvd: Jan 26, 2022 | Form ID: ordsmiss | Total Noticed: 35 |

Date: Jan 28, 2022  Signature: /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Mario J. Hanyon | on behalf of Creditor Deutsche Bank National Trust Company as trustee for DSLA Mortgage Loan Trust Mortgage Loan Pass-Thr wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| Rebecca Ann Solarz | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com |
| Steven R Savoia | on behalf of Debtor 1 Carol Mandala ssavoia@ptd.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re:

| | | |
|---|---|---|
| Carol Mandala, <br> aka Carol A Mandala, aka Carol Ann Mandala, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01867−MJC |

### Order

Upon consideration of the Motion to dismiss the case, and having afforded notice and an opportunity for hearing,

**ORDERED** that the case is hereby dismissed as to Debtor 1.

**Notwithstanding the dismissal of this case, the court retains jurisdiction over timely requests for payment of compensation.**

By the Court,

*[signature]*

Mark J. Conway, United States Bankruptcy Judge

Dated: January 26, 2022

ordsmiss (05/18)